# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Migdalia Ramos

**DEFENDANTS**
Attachmate Corporation, a Washington Corporation, Attachmate Corporation Employee Benefits Plan and Catherine Spice, in her official capacity as Plan and Claims Administrator and Fiduciary

**(b) County of Residence of First Listed Plaintiff** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Law Offices of Steven M. Laduzinsky, P.C.
180 N. LaSalle Street, Suite 2108
Chicago, Illinois 60601

Attorneys (If Known) JUDGE ZAGEL
MAGISTRATE JUDGE COX
TG

**II. BASIS OF JURISDICTION** — [X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT**
[X] 791 Empl. Ret. Inc. Security Act

**V. ORIGIN**
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
29 U.S.C. 1331, 1343 Claim for Medical Benefits and for Retaliation

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:** JURY DEMAND: [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 6/20/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]