THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIGDALIA RAMOS,<br>    Plaintiff,<br>v.<br><br>ATTACHMATE CORPORATION, a<br>Washington Corporation, ATTACHMATE<br>CORPORATION EMPLOYEE BENEFITS<br>PLAN and CATHERINE SPICE, in her<br>official capacity as Plan and Claims<br>Administrator and Fiduciary,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.:  08 CV 3556<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO: Laura Friedel
   Schiff Hardin LLP
   233 S. Wacker Drive
   Suite 6600
   Chicago, Illinois 60606

  PLEASE TAKE NOTICE that on the 11th day of August 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Waiver of Service of Summons of Attachmate Corporation**, a copy of which is attached hereto.

            **LAW OFFICES OF STEVEN M. LADUZINSKY, P.C.**

         BY: _____
             Attorney for Migdalia Ramos

Steven M. Laduzinsky
Law Offices of Steven M. Laduzinsky, P.C.
180 North LaSalle Street, Suite 2108
Chicago, Illinois 60601
(312) 424-0700

## CERTIFICATE OF SERVICE

The undersigned, Steven M. Laduzinsky, an attorney, deposes and states that he served the foregoing Notice of Filing and the document referenced therein by mailing a copy to the above named attorney at the addresses indicated above on the 11th day of August 2008, with proper postage prepaid.


               Steven M. Laduzinsky